C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

TO EMPLOYER TO CEASE REMITTING

TO:     TRU GREEN CHEMLAWN
        860 RIDGELAKE BLVD
        ATTN: PAYROLL DEPT
        MENPHIS, TN 38120-

Date:   03/26/2008

Chapter 13 Case Number:  05-70358-CMS13

Debtor:  RONALD CAUSEY

Debtor's Social Security Number:  ###-##-8021

Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently
Directed to do so.

Thank you for your cooperation.

                                   Very truly yours,

                                   /s/ C. David Cottingham
                                   C. David Cottingham
                                   Standing Chapter 13 Trustee

CDC/rgt

cc:     RONALD CAUSEY
        Employer
        Attorney:  CAMRON LAW
        Clerk, U.S. Bankruptcy Court