C. David Cottingham, Standing Chapter 13 Trustee
Northern District of Alabama
Western Division
P.O. Drawer 020588
Tuscaloosa, AL 35402
(205) 758-8595

## TO EMPLOYER TO CEASE REMITTING

TO:   FEDERAL EXPRESS CORP.
      2007 CORPORATE AVE 5TH FL
      ATTN: PAYROLL DEPT
      MEMPHIS, TN 38132-

Date:   06/16/2008

Chapter 13 Case Number:  05-70358-CMS13

Debtor:  RONALD CAUSEY

Debtor's Social Security Number:  ###-##-8021

Gentlemen:

Please cease making deductions from the wages of the above captioned debtor unless subsequently Directed to do so.

Thank you for your cooperation.

                                    Very truly yours,

                                    /s/ C. David Cottingham
                                    C. David Cottingham
                                    Standing Chapter 13 Trustee

CDC/rgt

cc:   RONALD CAUSEY
      Employer
      Attorney:  CAMRON LAW
      Clerk, U.S. Bankruptcy Court