UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Ronald Causey } | **Case No: 05-70358-CMS13** |
| SSN: XXX-XX-8021 } | |
| Angie Causey } | |
| SSN: XXX-XX-6531 } | |
| DEBTOR(S). } | |

**ORDER GRANTING MOTION TO DISMISS**

This matter came before the Court on Wednesday, June 18, 2008 01:00 PM, for a hearing on the following:
    RE: Doc #80; Trustee's Motion to Dismiss Case for Failure to Make Plan Payments
Proper notice of the hearing was given and appearances were made by the following:
    C David Cottingham, Trustee
    Rod Cameron Shirley, attorney for Debtor's

**It is therefore ORDERED ADJUDGED and DECREED that:**

  THE TRUSTEE'S MOTION TO DISMISS DEBTOR'S CHAPTER 13 CASE IS GRANTED.


Dated: 06/20/2008                                         /s/ C. MICHAEL STILSON
                                                          C. MICHAEL STILSON
                                                          United States Bankruptcy Judge